# United States Court of Appeals
## For the First Circuit

No. 08-2303

UNITED STATES OF AMERICA,

Plaintiff, Appellee,

v.

MOISE WILLIAM,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on April 22, 2010, should be amended as follows.

On page 9, line 13, "42 U.S.C." should be "21 U.S.C.".